IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRY L. ROSS                                                                                            PLAINTIFF

v.                                        Civil No. 4:19-cv-04028

SHERIFF WOLCOX, Sevier County,
Arkansas; NURSE S FLOUNAY, LPN
Sevier County Jail; and DR. WILLIAM
BARR                                                                                                    DEFENDANTS

# ORDER

Plaintiff Terry L. Ross filed this case *pro se* pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Default Judgment against Defendant William Barr. (ECF No. 24).

On April 17, 2019, in response to this Court's order, Defendant Sharon Flournoy identified the Dr. John Doe Defendant as Dr. William Barr, a physician employed at the DeQueen Medical Center. (ECF No. 14). The following day, the Court ordered service on Defendant William Barr at the DeQueen Medical Center located 1306 W. Collin Raye Drive, DeQueen, Arkansas 71832 *via* certified mail with a return receipt requested. (ECF No. 15). On May 6, 2019, the Court received notice the summons was returned executed because the green card had been signed by an individual at the DeQueen hospital. (ECF No. 17). However, on June 12, 2016, the Court received notice that Defendant Barr was no longer employed at the hospital and that the summons had not been served on him. (ECF No. 18). A second attempt to serve Defendant Barr in person was made by the US Marshal's service. Defendant Barr could not be located. (ECF No. 23). To date, Defendant Barr has not been served.

On June 24, Plaintiff filed the instant motion asking the Court to enter a default judgment against Defendant Barr, pursuant to Fed. R. Civ. Proc. 55, because he failed to file an answer in this lawsuit. (ECF No. 24). It is clear from a review of the docket in this case that Defendant Barr

1

has not been served and therefore Plaintiff's Motion for Default Judgment (ECF No. 24) is **DENIED**.

It is Plaintiff's responsibility to provide the Court with an address for proper service on all Defendants.  *See Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993).  Plaintiff is ordered to provide the Court with an address for Defendant Barr no later than **July 12, 2019.**  If Plaintiff fails to provide the proper address for Defendant Barr by this deadline, Defendant Barr will be dismissed as a party from this case.

**IT IS SO ORDERED** this **26th day of June 2019**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE