IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRY L. ROSS                                                                    PLAINTIFF

v.                                    Civil No. 4:19-cv-4028

DR. WILLIAM BARR, *et al.*                                                       DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed July 23, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends that the Court dismiss Plaintiff Terry L. Ross' claims against Separate Defendant Dr. William Barr pursuant to Federal Rule of Civil Procedure 4(m) because Plaintiff has not provided an accurate address for service on Defendant Barr.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 27) *in toto*. Accordingly, Plaintiff's claims against Separate Defendant Dr. William Barr are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge