IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRY L. ROSS                                                                                               PLAINTIFF

v.                                      Civil No. 4:19-cv-04028

SHERIFF WOLCOX, Sevier County,
Arkansas; and NURSE S FLOUNAY,
LPH Sevier County Jail                                                                                DEFENDANTS

## ORDER

Plaintiff Terry L. Ross filed this case *pro se* pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion to Subpoena/Request for Medical Documents. (ECF No. 34).

In the instant motion Plaintiff asks the Court to issue subpoenas, presumably for his own medical records, from the Arkansas Department of Correction – Ouachita River Unit and Grimes Unit, the Newport Hospital, and U.A.M.S. Hospital in Little Rock, Arkansas. However, Plaintiff has not identified the approximate dates he received medical treatment at each facility. Accordingly, Plaintiff's motion (ECF No. 34) is **DENIED.**

**Plaintiff is DIRECTED to resubmit his motion for subpoenas and identify the approximate dates he received treatment from each facility for which he is requesting his medical records.**

**IT IS SO ORDERED** this 3rd day of October 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE